IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DENERIKA WILLIAMS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 5:24-CV-184-RWS-JBB |
| | § |
| COMMISIONER OF SOCIAL SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-captioned case was heretofore referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On March 28, 2025, the Magistrate Judge issued a report and recommendation, recommending Defendant Commissioner's motion to dismiss (Docket No. 7) be granted and that the above-captioned case be dismissed without prejudice.

Plaintiff Denerika Williams, proceeding *pro se*, received a copy of the Report and Recommendation of the United States Magistrate Judge (Docket No. 9) via electronic notice on March 28, 2025. *See* Docket No. 3. No objections have been filed to date. Because no objections have been received, the parties are barred from de novo review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court, having reviewed the Report and Recommendation, is of the opinion that the findings and conclusions of the Magistrate Judge are correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (explaining that when no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant Commissioner's motion to dismiss (Docket No. 7) is **GRANTED**. It is further

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 17th day of April, 2025.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE